8906.  SWINT *et al.* v. BROWN, Governor.

JENKINS, J.  Service of a bill of exceptions, or a waiver thereof, being essential to give this court jurisdiction of the case, and there being no return, acknowledgment, or waiver of service indorsed upon or annexed to the bill of exceptions in this case, the writ of error must be dismissed.  Civil Code (1910), § 6160 (1); *Crow* v. *State,* 111 *Ga.* 645 (36 S. E. 858); *Seliger* v. *Coker,* 105 *Ga.* 512 (31 S. E. 185); *Howell* v. *Green,* 40 *Ga.* 510; *Platen* v. *Johnson,* 54 *Ga.* 455; *Ethridge* v. *Finney,* 119 *Ga.* 147 (45 S. E. 974); *Swafford* v. *Shirley,* 7 *Ga. App.* 347 (2) (66 S. E. 1022); *Cohen* v. *Blum,* 17 *Ga. App.* 737 (88 S. E. 409).

> *Writ of error dismissed.  Wade, C. J., and Luke, J., concur.*
> DECIDED JANUARY 22, 1918.

Forfeiture of recognizance; from Glascock.

*J. C. Newsome,* for plaintiffs in error.